## TEXAS LAND AND CATTLE COMPANY *v.* SCOTT.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF TEXAS.

No. 1471. Submitted November 3, 1890. — Decided November 10, 1890.

Motion papers should contain enough of the record to enable the court to act understandingly: but when they are deficient in that respect, the court may, if it pleases, examine the record.

THIS was a motion to dismiss or affirm. The case is stated in the opinion.

*Mr. A. W. Houston* for the motion.

PER CURIAM. Motion papers should contain in themselves so much of the record as to enable the court to act understandingly, and these are deficient in that regard. We have, however, examined the record, and the writ of error is dismissed upon the authority of *Richmond & Danville Railroad* v. *Thouron et al.*, 134 U. S. 45.